UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID VILLANUEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case No.   17-cv-01235-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Lucy H. Koh for consideration of whether the case is related to *Villanueva v. JP Morgan Chase Bank, N.A.*, Case No. 16-00970-LHK.

　　　　**IT IS SO ORDERED.**

Dated: March 20, 2017

_____
BETH LABSON FREEMAN
United States District Judge